IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CASEY DARELL TURNER § | |
| § | |
| v. § | Case No. 2:12-CV-0345-JRG-RSP |
| § | |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Findings and Recommendations filed by Magistrate Judge Payne on February 13, 2015 (Dkt. No. 24) affirming the Commissioner of Social Security Administration's denial of benefits. Having considered the objections filed by Plaintiff (Dkt. No. 25), and having conducted a *de novo* determination of those portions of the Findings and Recommendations as to which objection was made, and finding no error therein, the Court does hereby adopt the findings and recommendations of the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Findings and Recommendations be **ADOPTED** and Plaintiff's appeal be **DISMISSED**.

**So ORDERED and SIGNED this 30th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE